Teódulo Llamas, recurrente, *v.* El Registrador de la Pro-piedad de San Juan, Sección Primera, recurrido.

Núm. 1049.—*Sometido:* Mayo 1, 1939. *Resuelto:* Mayo 25, 1939.

*Fiddler, Córdova & McConnell y J. M. Morales,* abogados del recurrente; el registrador recurrido compareció por escrito.

El Juez Asociado Señor Wolf emitió la opinión del tribunal.

Teódulo Llamas es dueño de dos solares contiguos en Santurce que se designan en la escritura que está bajo nuestra consideración con las letras "A" y "B." El solar "A" garantizaba con hipoteca un pagaré al portador por la suma de $45,000. En el documento que tenemos a la vista Teódulo Llamas agrupa las fincas "A" y "B" y hace que toda la propiedad así consolidada responda hipotecariamente del pagaré de $45,000. El notario ante quien se otorgó la escritura certifica que ha puesto la misma constancia en el pagaré en cuestión. El Registrador de San Juan, Sección Primera, inscribió la agrupación, mas se negó a inscribir el cambio en la hipoteca mencionado en la escritura, según aparece de la siguiente nota:

"Denegado el precedente documento en cuanto a la modificación de hipoteca que comprende por observarse que no se ha redistribuído

la hipoteca entre la parcela hipotecada originalmente y la nueva a que se amplía la garantía, tomándose en su lugar anotación preventiva por 120 días al folio 21 del tomo 210 Santurce Norte, finca 8437, ins. 2a., San Juan, abril 19, 1939. (Fdo.) A. Malaret, Registrador."

Ambas partes han presentado argumentos y citas de la Ley Hipotecaria en apoyo de sus respectivas posiciones.

Convenimos con el recurrente en que el documento debe ser inscrito en su totalidad. Los solares "A" y "B" se han convertido en uno solo y no es necesario hacer una redistribución entre las dos fincas originales. La agrupación elimina la existencia separada de dichas fincas. Cada una de ellas deja de tener existencia individual.

*Debe revocarse la nota del registrador y practicarse la inscripción en su totalidad.*